| | |
|---|---|
| 1 | Shawn G. Hansen (SBN 197033) |
| 2 | shansen@nixonpeabody.com<br>NIXON PEABODY LLP |
| 3 | 555 West Fifth Street, 46th Floor<br>Los Angeles, CA 90013-1010 |
| 4 | Telephone: (213) 629-6190<br>Facsimile: (855) 780-9262 |
| 5 | |
| 6 | *Attorneys for Plaintiff*<br>DIGITAL AIR TECHNOLOGIES, LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **DIGITAL AIR TECHNOLOGIES, LLC**,<br><br>            Plaintiff,<br><br>vs.<br><br>**VOLKSWAGEN GROUP OF AMERICA, INC.**,<br><br>            Defendant. | Case No. 2:14-CV-05525<br><br>**PLAINTIFF DIGITAL AIR TECHNOLOGIES, LLC'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL LOCAL RULE L.R. 7.1-1 NOTICE OF INTERESTED PARTIES** |

   Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Digital Air Technologies, LLC, by and through its undersigned counsel, hereby discloses that Plaintiff Digital Air Technologies, LLC is a wholly-owned subsidiary of Digital Air, Inc.  No publicly held corporation owns 10% or more of the stock of Plaintiff Digital Air Technologies, LLC or of its parent corporation Digital Air, Inc.

   Pursuant to Central District of California Civil Local Rule L.R. 7.1-1, the undersigned, counsel of record for Plaintiff Digital Air Technologies, LLC, certifies that the  following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| Digital Air Technologies, LLC | Plaintiff |
| Digital Air, Inc. | Parent corporation of Plaintiff Digital Air Technologies, LLC |
| Volkswagen Group of America, Inc. | Defendant |

Dated: July 16, 2014

NIXON PEABODY LLP

By:    /s/ Shawn G. Hansen
       Shawn G. Hansen (SBN 197033)
       shansen@nixonpeabody.com
       NIXON PEABODY LLP
       555 West Fifth Street, 46th Floor
       Los Angeles, CA 90013-1010
       Telephone: (213) 629-6190
       Facsimile: (855) 780-9262

*Attorneys for Plaintiff*
DIGITAL AIR TECHNOLOGIES, LLC